**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN JURY DIVISION, COVINGTON DOCKET**

| | | |
|---|---|---|
| **JAMES CHRISTOPHER CRIDER** : | **CIVIL ACTION:** _____ |
| : | |
| **Plaintiff,** : | **JUDGE:** _____ |
| : | |
| v. : | |
| : | |
| **LUTE SUPPLY, INC., ET AL.** : | |
| : | |
| **Defendants.** : | |

**NOTICE OF REMOVAL
BY DEFENDANTS LUTE SUPPLY, INC. AND SETH ANKROM**

**I. INTRODUCTION**

Defendants Lute Supply, Inc. and Seth Ankrom respectfully represent that federal jurisdiction over this case, which was originally filed in State court, exists on the basis of the determination of a federal question, 28 U.S.C. §1331. This case therefore arises within the original jurisdiction of this Court, and Defendants hereby remove it to this Court pursuant to 28 U.S.C. §§1441 and 1446.

The time in which to remove this action has not run. The Complaint received by Defendant Lute Supply, Inc. and the Civil Summons forms e-filed by Plaintiff in the Boone County Kentucky Circuit Court are collectively attached hereto as Exhibit B, pursuant to 28 U.S.C. §1446(a). Defendants are not aware of any other pleadings or orders filed or issued to date in the underlying State court action. A Civil Cover Sheet is attached hereto as Exhibit A, and Defendant's Answer, Corporate Disclosure Statement, and Notice of Appearance of Counsel are attached hereto as Exhibits C, D, & E respectively.

## II.  STATEMENT OF GROUNDS FOR REMOVAL

### A.  Federal Question Jurisdiction[1]

Plaintiff James Christopher Crider filed this action in the Boone County Kentucky Circuit Court, Division I, as Case Number 20-CI-00519, seeking damages as a result of Defendant's allegedly unlawful employment practices. The Complaint includes claims for unlawful termination relating to jury service in violation of KRS §29A.160, retaliatory discharge in violation of the *Emergency Family And Medical Leave Expansion Act* as enforced pursuant to the *Family Medical Leave Act of 1993*, 29 U.S.C. §2612, and retaliatory discharge under the *Emergency Paid Sick Leave Act* as enforced pursuant to the *Fair Labor Standards Act*, 29 U.S.C. § 215. *See*, Plaintiff's Complaint (contained within Exhibit B hereto) at ¶¶22, 26 & 27. Removal is therefore appropriate pursuant to 28 U.S.C. §1441 as these claims require the determination of a federal question, giving this Court jurisdiction pursuant to 28 U.S.C. §1331.

### B.  Supplemental Jurisdiction

Plaintiff's Complaint also contains a claim of unlawful termination relating to jury service in violation of KRS §29A.160. Complaint at ¶¶19 & 20. This State law claim is so related to Plaintiff's federal claims that it forms part of the same case and controversy. Accordingly, this Court has supplemental jurisdiction over Plaintiff's State law claim pursuant to 28 U.S.C. §1367, and removal of this State law claim is appropriate pursuant to 28 U.S.C. §1441(c).

---

[1] Additionally, and alternatively, federal jurisdiction over this case may exists by virtue of diversity of citizenship, 28 U.S.C. §1332(a)(1). Plaintiff contends to be a resident of Boone County, Kentucky. Complaint at ¶1. Lute Supply, Inc. is an Ohio corporation, with its headquarters and principal place of business at 3920 US Highway 23, Portsmouth, Ohio, 45662. Defendant Seth Ankrom is a resident and citizen of the State of Ohio. Accordingly, complete diversity exists between Plaintiff and his employer, Lute Supply, and his superior Seth Ankrom. Defendants therefore reserve all rights to assert federal jurisdiction on the alternate basis of diversity of citizenship.

## III. CONCLUSION

Plaintiff's claims require the determination of a federal question. Federal jurisdiction is therefore conferred, and removal of all of Plaintiff's claims is appropriate.

Respectfully Submitted,

*/s/ Nathan A. Lennon*
Nathan A. Lennon (96205)
REMINGER CO., LPA
250 Grandview Avenue, Ste. 550
Ft. Mitchell, KY 41017
Phone: (859) 426-7222
Fax:   (859) 283-6074
Email:  nlennon@reminger.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 2nd day of June, 2020, via email and U.S. mail, upon the following:

Christopher P. Finney
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH  45245
Email:  chris@finneylawfirm.com
*Counsel for Plaintiff*

*/s/ Nathan A. Lennon*
Nathan A. Lennon (96205)