Filed    20-CI-00519    05/07/2020    David Martin, Boone Circuit Clerk    EXHIBIT B

# COMMONWEALTH OF KENTUCKY
# BOONE COUNTY CIRCUIT COURT
# DIVISION 1

| | |
|---|---|
| **JAMES CHRISTOPHER CRIDER** | : Case No. |
| Plaintiff, | : Judge |
| v. | : **PLAINTIFF'S COMPLAINT AND JURY DEMAND** |
| **LUTE SUPPLY, INC.** | : |
| and | : |
| **SETH ANKROM** | : |
| Defendants. | : |

Now Comes Plaintiff, James Christopher Crider, and for his Complaint against Defendants Lute Supply, Inc. ("Lute Supply") and Seth Ankrom, alleges as follows:

## PARTIES AND JURISDICTION

1. Plaintiff is a former employee of Defendant Lute Supply, and is a resident of this judicial district.

2. Defendant Lute Supply, Inc. is an Ohio Corporation. It maintains a location in Ashland, Kentucky, and regularly transacts business in the Commonwealth of Kentucky.

3. Defendant Seth Ankrom is a resident of Ohio, is a current manager of Defendant Lute Supply, and is Plaintiff's former supervisor.

4. This Court has jurisdiction over Plaintiff's Complaint, as Plaintiff alleges claims under the Kentucky Revised Statutes.

5. This Court has personal jurisdiction over Defendants under KRS § 454.210, as it maintains a physical presence in this Commonwealth, regularly transacts business in this

1

Filed    20-CI-00519    05/07/2020    David Martin, Boone Circuit Clerk

Filed        20-CI-00519        05/07/2020        David Martin, Boone Circuit Clerk

Commonwealth, contracts to supply goods in this Commonwealth, and as further alleged herein has caused tortious injury by act or omission in this Commonwealth.

6. Venue in this Court is proper, as Plaintiff resides herein.

## FACTS

7. Plaintiff began his employment with Defendants on or about October 22, 2019.

8. Plaintiff was employed as a manager, and reported to Defendant Seth Ankrom. His regularly scheduled hours were form 7:30 A.M. to 5:30 P.M.

9. In February 2020, Plaintiff received a summons from this Court for jury duty.

10. Plaintiff promptly notified Defendant Ankrom, as well as two human resources representatives of Defendant Lute Supply, Katina and Stephanie.

11. Plaintiff's jury service was subsequently pushed back several times, and he kept Defendants fully and timely apprised of these developments.

12. Plaintiff was ultimately scheduled to report for jury duty on April 17, 2020, and requested time off accordingly.

13. Prior to this, on April 8, 2020, Plaintiff had requested intermittent leave to provide care for his children due to the Covid-19 pandemic.

14. Defendants initially granted this request, and Plaintiff's scheduled hours were reduced to 7:30 AM to 3:30 PM.

15. Prior to Plaintiff's April 17 jury duty report date, he did not receive any notification from the Court that he was excused from his obligation.

16. Accordingly, on April 17, 2020 Plaintiff came to court as ordered.

Filed        20-CI-00519        05/07/2020        David Martin, Boone Circuit Clerk

Package:000004 of 000009   Presiding Judge: HON. JAMES R. SCHRAND (654281)   Package : 000004 of 000009

17. Beginning at around 8:52 AM that day, Defendant Ankrom sent Plaintiff a series of text messages, harassing him about taking leave for jury duty and for the care of his children during the pandemic.

18. Defendant Ankrom ultimately sent a text message to Plaintiff terminating his employment, later that same day.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF KRS § 29A.160
(As to Defendant Lute Supply)

19. Plaintiff incorporates by reference the previous allegations as if fully restated herein, and further alleges that Defendant Lute Supply threatened and eventually terminated Plaintiff's employment because he received a summons, responded thereto, attempted to serve as a juror, or attempted to attend court for prospective jury service.

20. Defendant's termination of Plaintiff's employment for this reason was in violation of KRS § 29A.160.

21. As a result of Defendant Lute Supply's unlawful actions, Plaintiff has suffered and will suffer damages, in the form of the loss of his employment and lost wages and benefits.

### COUNT II: VIOLATION OF EMERGENCY FAMILY MEDICAL LEAVE ACT
(As to Defendant Lute Supply)

22. Plaintiff incorporates by reference the preceding paragraphs as if fully restated herein, and further alleges that Defendant Lute Supply discharged him for taking leave he was legally entitled to under the Emergency Family and Medical Leave Act, 29 U.S.C. § 2612(a)(1)(F).

23. Plaintiff is entitled to bring this claim in state court under 29 U.S.C. § 2617(a)(2).

24. Defendant's actions were not in good faith, and were not based on reasonable grounds.

Filed        20-CI-00519        05/07/2020        David Martin, Boone Circuit Clerk

25. As a result of Defendant Lute Supply's unlawful actions, Plaintiff has suffered and will suffer damages as hereinabove described, as well as liquidated damages in an equal amount. H

## COUNT III: VIOLATION OF EMERGENCY PAID SICK LEAVE ACT
### (As to All Defendants)

26. Plaintiff incorporates by reference the preceding paragraphs as if fully restated herein and further alleges that Defendants' discharged Plaintiff for taking leave under Sections 5101 through 5105 of the Families First Coronavirus Response Act, Pub. L. 116-127, 134 Stat. 178 ("Emergency Paid Sick Leave Act"). In so doing, Defendants violated Section 5104 of the Emergency Paid Sick Leave Act.

27. Defendants' violation of the Emergency Paid Sick Leave Act constitutes a violation of the Fair Labor Standards Act of 1938, 29 U.S.C. 215(a)(3).

28. As a result of Defendants' unlawful actions, Plaintiff has suffered and will suffer damages, in the form of lost wages and benefits, fear, anxiety, emotional distress, and mental anguish.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

1. For reinstatement to his former position;
2. For an award of backpay and, if appropriate, front pay;
3. For an award of liquidated damages equal to his lost wages;
4. For an award of compensatory damages;
5. For an award of punitive damages;
6. For an award of his reasonable attorneys' fees and costs associated with the prosecution of this action;

Filed        20-CI-00519        05/07/2020        David Martin, Boone Circuit Clerk

Filed         20-CI-00519        05/07/2020        David Martin, Boone Circuit Clerk

7. Any and all other relief to which Plaintiff may be entitled, including without limitation relief available under Section 5105(b) of the FFRCA, 29 U.S.C. § 215(a)(3) and 29 U.S.C. § 216.

/s/ *Christopher P. Finney*

Christopher P. Finney (85250)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
(513) 943-6669-fax
chris@finneylawfirm.com
*Attorney for Plaintiff*

### JURY DEMAND

Plaintiff demands trial by jury for all issues so triable.

/s/ *Christopher P. Finney*

Christopher P. Finney (85250)

Filed         20-CI-00519        05/07/2020        David Martin, Boone Circuit Clerk

Package:000009 of 000009

Presiding Judge: HON. JAMES R. SCHRAND (654281)

Package : 000007 of 000009

Filed          20-CI-00519          05/07/2020          David Martin, Boone Circuit Clerk

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI | CIVIL SUMMONS | Case No. _____<br>Court  ✓ Circuit ☐ District<br>County  Boone |
|---|---|---|---|

**PLAINTIFF**

James          Christopher          Crider

VS.

**DEFENDANT**

Lute Supply, Inc.

**Service of Process Agent for Defendant:**
Branch Manager of Lute Supply, Inc.

3412 Winchester Ave.

| Ashland | Kentucky | 41101 |

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2____                    _____ Clerk
                                                                      By: _____ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____
this _____ day of _____, 2_____.
                                     Served by: _____
                                                        _____ Title

---

Filed          20-CI-00519          05/07/2020          David Martin, Boone Circuit Clerk

Package: 000008 of 000009    Presiding Judge: HON. JAMES R. SCHRAND (654281)    Package : 000008 of 000009

Filed 20-CI-00519 05/07/2020 David Martin, Boone Circuit Clerk

| AOC-105 Doc. Code: CI | | Case No. | |
|---|---|---|---|
| Rev. 1-07 Page 1 of 1 | | Court | ☑ Circuit ☐ District |
| Commonwealth of Kentucky Court of Justice www.courts.ky.gov CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | County | Boone |

**PLAINTIFF**

James    Christopher    Crider

VS.

**DEFENDANT**

Seth    Ankrom

**Service of Process Agent for Defendant:**
Seth Ankrom

3412 Winchester Ave.

Ashland    Kentucky    41101

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____    _____Clerk
By: _____ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.
Served by: _____
_____Title

---

Package:000009 of 000009    Presiding Judge: HON. JAMES R. SCHRAND (654281)    Package : 000009 of 000009

Filed 20-CI-00519 05/07/2020 David Martin, Boone Circuit Clerk

**COMMONWEALTH OF KENTUCKY**
**BOONE CIRCUIT COURT**
**DIVISION III**
**CASE NO. 20-CI-00519**

**JAMES CHRISTOPHER CRIDER**                                                      **PLAINTIFF**

**v.**

**LUTE SUPPLY, INC., ET AL.**                                                     **DEFENDANTS**

**\*\*\* FILED ELECTRONICALLY\*\*\***

**MOTION TO ADMIT ATTORNEY PRO HAC VICE**

**NOTICE OF HEARING**

Please take notice that the hearing on Plaintiff's Motion to Admit Attorney Pro Hac Vice shall be scheduled to take place telephonically on June 23, 2020 at 9:00 a.m. in the Boone County Circuit Court. Counsel may be reached at the following numbers: Christopher P. Finney – (513) 943-6650 and Stephen E. Imm – (513) 943-5678.

**MOTION**

Attorney Stephen E. Imm, pursuant to SCR 3.030, hereby requests admission *pro hac vice* before this honorable court to serve as co-counsel for Plaintiff in this case. Attorney Imm has been licensed to practice law in the state of Ohio since 1987.

Undersigned counsel and co-counsel have submitted an Out-of-State Certification Request with the Kentucky Bar Association and paid the required fee. A copy of the Certification is attached.

Undersigned counsel will continue to serve actively as co-counsel. and will participate in any trials arising out of this matter and/or other hearing as the Court requires.

Attorney Imm hereby subjects himself to the jurisdiction and rules of the Court governing professional conduct.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order of admission *pro hac vice* for purposes of this cause only.

                                                  Respectfully submitted,

/s/ Christopher P. Finney
Christopher P. Finney (85250)
Stephen E. Imm (OH#0040068/PHV ID: PH32541649)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-5678
(513) 943-6669-fax
Stephen@finneylawfirm.com
chris@finneylawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served this 19th day of May 2020 via ordinary mail upon the following:

Lute Supply, Inc.
c/o Branch Manager, Statutory Agent
3412 Winchester Ave.
Ashland, KY 41101
*Defendant*

And

Seth Ankrom
3412 Winchester Ave.
Ashland, KY 41101
*Defendant*

/s/ Christopher P. Finney
Christopher P. Finney (85250)
Stephen E. Imm (OH#0040068/PHV ID: PH32541649)

2



**Kentucky Bar Association**
514 West Main Street
Frankfort, KY 40601 -1812
(502) 564-3795



# Invoice

| Date | Invoice # |
|---|---|
| 5/12/2020 | 200049280 |

| Bill To | Recipient Information |
|---|---|
| Christopher Finney<br>4270 Ivy Pointe Blvd.<br>Suite 225<br>Cincinnati, OH 45245<br>United States | Stephen Imm<br>4270 Ivy Pointe Blvd.<br>Suite 225<br>Cincinnati, OH 45245<br>United States |

| Terms | Due Date |
|---|---|
| Due on receipt | 5/12/2020 |

| Date | Qty | Description | Price | Totals |
|---|---|---|---|---|
| 5/12/2020 | 1 | Pro Hac Fee (Amount includes a 3.50% Administrative Processing Fee) | $320.85 | $320.85 |
| | | | **Sub-Total** | $320.85 |
| | | | **Total** | $320.85 |

## Payments/Refunds

| Date | Qty | Description | Price | Totals |
|---|---|---|---|---|
| 5/12/2020 | 1 | Payment via Credit Card (using card xxxxxxxxxxxx1905)<br>Applied to invoice on 5/12/2020 12:17:07 PM | ($320.85) | ($320.85) |
| | | | **Total Payments/Refunds** | ($320.85) |
| | | | **Balance Due** | $0.00 |

**Comments:**
The Kentucky Bar Association certifies that Stephen Imm has paid the per-case fee of $310.00 on 5/12/2020 for the Boone Circuit Court case #20-CI-00519 as required in SCR 3.030(2).
Pro hac vice #PH32541649

COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
DIVISION III
CASE NO. 20-CI-00519

**JAMES CHRISTOPHER CRIDER**      **PLAINTIFF**

v.

**LUTE SUPPLY, INC., ET AL.**      **DEFENDANTS**

**\*\*\* FILED ELECTRONICALLY\*\*\***

**ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE**

This matter having come before the Court on Plaintiff's Motion to Admit Attorney Pro Hac Vice, the Court being in all ways advised, and the appropriate fee having been paid to the Kentucky Bar Association,

**IT IS HEREBY ORDERED** that Attorney Stephen E. Imm shall be admitted to practice *pro hac vice* in this matter.

**SO ORDERED** this _____ day of _____ 2020.

_____
Judge James R. Schrand